UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation, and HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, | : : : | CIV. 07-4041 NOTICE OF DISMISSAL |
| Plaintiffs, | : | |
| vs. | : | |
| COLLEGE AMERICA SERVICES, INC., a Nevada corporation. | : | |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Plaintiffs, Twin City Fire Insurance Company and Hartford Casualty Insurance Company pursuant to Federal Rule of Civil Procedure § 41(a)(1)(i) hereby files this Notice of Dismissal of the above-captioned matter.

Dated this 3rd day of April, 2007.

WOODS, FULLER, SHULTZ & SMITH P.C.

By   /s/ Kristine Kreiter O'Connell
Kristine Kreiter O'Connell - Filed Electronically
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
Phone: (605) 336-3890
Facsimile: (605) 339-3357
Email: Kristine.OConnell@woodsfuller.com
Attorneys for Plaintiffs

Civ. 07-4041
Notice of Entry of Dismissal
Page 2

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of April, 2007, I sent to Matt Gerber of CollegeAmerica Services, Inc., PO Box 1157, Crystal Bay, NV 89402, via United States first class mail, postage prepaid, a true and correct copy of the foregoing Notice of Dismissal.

                                                /s/ Kristine Kreiter O'Connell
                                                One of the Attorneys for Plaintiffs